UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VEREENA RHINEHART, an individual,

    Plaintiff,

v.                                                  Case No.  5:12-cv-53-Oc-10TBS

GEO VERA SPECIALTY INSURANCE
SERVICES, INC., a for-profit foreign
corporation,

    Defendant.
_____

## ORDER

Pending before the Court is the defendant's Agreed Motion to Stay Proceedings Pending Appraisal (Doc. 17).

Plaintiff purchased a policy ("Policy") of homeowners insurance from the defendant.  On March 24, 2011, plaintiff's home, including the structure and contents, was damaged by fire, water and smoke.  Now, plaintiff complains that the defendant has failed to fully compensate her for her loss.  (Doc. 2).

The Policy includes a provision whereby either party can demand an appraisal. Under this procedure, each party appoints an appraiser and the two appraisers choose an umpire.  If the appraisers agree on the amount of the loss their opinion is binding on the parties.  If the appraisers disagree, then their differences are submitted to the umpire.  If the umpire agrees with either appraiser the opinion of those two is binding on the parties. (Doc. 17).  The parties have agreed to utilize the appraisal process while reserving their rights to assert any coverage issues or raise any

coverage defenses at a later date. They are requesting a stay of this action until the appraisal process is completed.

This is a relatively new case, te Court has not entered a Case Management Order or set the matter for trial. After due consideration, it is adjudged that the motion is GRANTED. This case is hereby STAYED for 60 days from the rendition of this Order. The parties may request an earlier lifting of the stay if the appraisal process is completed in less than 60 days. If additional time is required then the parties should file another motion which includes a deadline by which the appraisal process will be completed.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on February 8, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel