UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VEREENA RHINEHART, an individual,

    Plaintiff,

v.                                          Case No.  5:12-cv-53-Oc-10TBS

GEO VERA SPECIALTY INSURANCE
SERVICES, INC., a for-profit foreign
corporation,

    Defendant.
_____

## ORDER

Pending before the Court is the Agreed Motion for Further Stay of Proceedings Pending Appraisal (Doc. 20).  The Court previously stayed this action for 60 days so that the appraisal process could be completed.  See Doc. 18.  Defendant now seeks an additional extension of time because the appraisal process has not been completed.  Defendant represents that the appraisers are in the process of finalizing their findings and that the appraisal process will conclude within 45 days.

Upon due consideration, the Agreed Motion for Further Stay of Proceedings Pending Appraisal (Doc. 20) is GRANTED.  This case is stayed until May 24, 2012.  The parties may request an earlier lifting of the stay if the appraisal process is completed before May 24, 2012.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 10, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel