UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VEREENA RHINEHART, an individual,

    Plaintiff,

v.                                      Case No.  5:12-cv-53-Oc-10TBS

GEO VERA SPECIALTY INSURANCE
SERVICES, INC., a for-profit foreign
corporation,

    Defendant.
_____

ORDER

    Pending before the Court is Defendant's Second Agreed Motion for Further Stay of Proceedings Pending Appraisal (Doc. 24).  The motion is due to be denied.

    On December 12, 2011, Plaintiff instituted this action for coverage under her homeowners insurance policy ("Policy") for fire-related damage to her home.  In the Policy, the parties agreed to an appraisal process.  On February 8, 2012, the Court granted Defendant's Agreed Motion to Stay Proceedings Pending Appraisal and stayed this case for 60 days.  (Doc. 18).  On April 10, 2012, the Court granted Defendant's Agreed Motion for Further Stay of Proceedings Pending Appraisal and stayed this case until May 24, 2012 based on Defendant's representation that the appraisers were finalizing their findings and the appraisal process would be completed in 45 days.  (Doc. 21).  Now, Defendant has filed the instant motion seeking an additional 45 days to complete the appraisal process.  Defendant represents that although the appraisers have "completed the majority of their work",

issues remain, and it is estimated that the appraisal process will conclude within 45 days.

This action was filed in November, 2011 and the appraisal process has now been ongoing for at least three months. While the parties may continue to pursue resolution using the appraisal process it is time to get this case moving. Accordingly, Defendant's Second Agreed Motion for Further Stay of Proceedings Pending Appraisal (Doc. 24) is DENIED. The stay in this action expired on May 24, 2012, and thus, this action is no longer stayed. Within twenty (20) days of the rendition of this Order, the parties shall confer and file a joint case management report.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on May 25, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel